UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| Western | ☑ St. Joseph | Platte | ☑ Secret Indictment |
| ☐ Central | ☐ Southern | County and elsewhere | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name    Thomas Davis Moore, Jr.
Alias Name
Birthdate         11/30/1958

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☑ No  if yes, original case number _____
New Defendant                       ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA   Alison D. Dunning/David Luna

**Interpreter Needed**
☐ Yes
☑ No        Language and/or dialect _____

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☑ No
Warrant Required   ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Conspiracy to Distribute and Receive Child Pornography | 2 |
|   | 18:2253.F/9923/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   11/3/2020            Signature of AUSA   /s/ Alison D. Dunning