CRIMINAL CASE COVER SHEET

| **Division of Filing** | | **Place of Offense** | **Matter to be Sealed** |
|---|---|---|---|
| Western | ☑ St. Joseph | Platte | ☑ Secret Indictment |
| ☐ Central | ☐ Southern | County and elsewhere | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name        Ryan Neal Montgomery
Alias Name
Birthdate                    06/17/1980

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☑ No  if yes, original case number _____
New Defendant                                      ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Alison D. Dunning/David Luna

**Interpreter Needed**
☐ Yes        Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody                    Writ Required          ☐ Yes  ☑ No
☐ Currently on Bond                                  Warrant Required    ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts     2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Conspiracy to Distribute and Receive Child Pornography | 2 |
|   | 18:2253.F/9923/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   11/3/2020              Signature of AUSA   /s/ Alison D. Dunnig