# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 20-CR-06007-03-DGK |
| RYAN NEAL MONTGOMERY, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On May 12, 2023, the Honorable Magistrate Judge W. Brian Gaddy held a competency hearing. ECF No. 187. Now before the Court is Judge Gaddy's report and recommendation that Defendant is competent to stand trial. ECF No. 188. After an independent, de novo review of the record and applicable law, the Court ADOPTS the report and recommendation in its entirety, and the Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

Date: July 19, 2023

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT