IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 20-06007-03-CR-SJ-DGK |
| RYAN NEAL MONTGOMERY, | ) ) | |
| Defendant. | ) ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA**

On October 12, 2023, the Honorable W. Brian Gaddy, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation, ECF No. 224, recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of conspiracy to advertise child pornography in violation of 18 U.S.C. §§ 2251(d) and (e), as charged in Count One of the Indictment. Neither party objects to the Report and Recommendation. *See* ECF Nos. 225 & 227.

In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crimes in Count One of the Indictment.

**IT IS SO ORDERED.**

Date: October 31, 2023 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT