# EXHIBIT A

May 14, 2024

The Honorable Greg Kay
District Court Judge

Your Honor;

My name is Craig Montgomery. I am Ryan Montgomery's dad. I am a recently retired clinical psychologist who practiced 42 years, beginning with a tour in the United States Navy. I have been actively involved in Ryan's life for the 40 years prior to his arrest and incarceration. I would say that I have a good vantage point of knowing Ryan for his strengths and weaknesses due to my close proximity through much of his life.

Ryan overall has been a loving and tender-hearted man. He has stayed close to his mother and me through years of schooling and early work history. Ryan was frequently the one who instigated cousins or friends to stay late watching videos or playing games together. Ryan has always shown respect for both his mother and me. He would join me for sport activities like kayaking, bicycling or golf having his own equipment. Ryan liked food and would help cook supper and came up with his own rendition of macaroni and cheese and a few other creative recipes. His mom got him into hockey, horseback riding until he broke his wrist getting bucked off, and piano lessons until level four. One time Ryan accompanied us to an office gathering at a colleague's home at Christmas. When he saw the grand piano, he walked up to it and began playing classical music from memory, astounding our host. He enjoyed the enthusiasm others showed for his skill. Ryan liked to talk with people and surprisingly had no noticeable speech impediment.

Ryan has faced challenges throughout his life due to a significant hearing impairment. Corrected he may have 80% hearing capacity and relies upon context and lip reading. He has shown symptoms of autism spectrum i.e. social naivete misreading social cues, strong-mindedness, legalistic interpretations, delayed language, unusual sleeping habits, hyperactive behavior as a child, lack of fear, a tendency to be unaware of time, and absorbed in the technological world. On the other hand, he is socially motivated and is friendly and open, giving good eye contact and expressing congruent emotion and affection. Ryan is straightforward and truthful in most things. Not knowing of his pornography addiction, I see him compensating for the lack of having a real-life partner and poorly coping with an internal aloneness. Ryan as a child has enjoyed other children and played with neighbors and friends. We had a trampoline which became the center of the neighborhood for a time. He enjoyed family times with cousins, aunts and uncles, and has continued to enjoy the games and playfulness of children. How child pornography came into Ryan's life is hard to imagine. He has always been respectful and protective of kids, laughing and appreciating their antics. At no time has Ryan overstepped boundaries, made any sexual comments about children, nor taken any action that showed undue interest. In point of fact, Ryan was protective of children.

My son's early social history was shaped by the loss of a twin brother and communication delay. He had consistent care and protection by his mom and dad, plus the shaping of two younger sisters who could see some of his challenges. Ryan always liked and respected his teachers and performed well in school. He used an FM device worn by the teacher to hear distinctly. He found reading and continuously buried himself in books, even at recess time. He did well through high school, learned to drive without incident and was continuously self-learning by reading on-line. Ryan had a girlfriend in elementary school that lasted most of a year. At the end of high school, he dated a young woman from L.A. for a period of months. Ryan completed a Bachelor of Science degree at Portland State University and was very excited about his future with computers. In college he found it difficult to develop any longer-term relationships but made efforts to pursue a girlfriend. As an adult he associated with friends and was included in many trips and activities with others. Ryan has shown respect for his sisters and maintained healthy boundaries in their relationship. The three of them spent a college term in London and travelled Europe together.

Ryan has been loyal to family and friends, contributing where he could. He would always help when asked, occasionally volunteering. Ryan got involved in livestreaming at his church, making several friends, some who remain in contact with him. He has maintained close ties since childhood with two men who are now married, one with children. Ryan was an active member of a Christian men's group for several years, and attended church or streamed it if absent. We have never seen nor heard of any inappropriate behavior with children in the church environment either. Ryan is a black belt in Taekwondo but has never used his skills against anyone, even though he was attacked twice in jail. He is not aggressive, nor has he been intentionally harmful towards others.

Facing the consequences of his on-line actions, Ryan has come into real life as opposed to on-line life. It has taken him some time to address his actions as the District Attorney sees them, but he expresses to us an awareness of his wrongdoing and the need to be responsible for his misguided actions. Because of the distance from a real person, it appears that he didn't recognize how he personally was contributing to the damaging effect on children being victimized. At this point he has a profound awareness and realizes his previous lack of empathy for the children whose pictures he was seeing online. Kerry and I are deeply sorry for Ryan objectifying children in such a despicable manner. We are working through our own forgiveness of him for his regrettable actions. Prison has challenged Ryan to be more congruent in his faith and caused him to own up to his misconduct. I see positive changes occurring in his thinking and communications with us.

Sincerely,
Craig Montgomery

May 23, 2024

To Whom It May Concern:

    My name is Lee Tetz, and I have had the pleasure of knowing Ryan Montgomery for the better part of 35 years. Ryan is my first cousin once removed. I am a practicing dentist living in Northern California and am an active member in my community. I am also a volunteer member of the Napa County Fire Department. I have grown up with Ryan spending many summers as children on my grandparents' farm in Canada. We would also see each other a few times a year at other larger family gatherings. Ryan is on the autism spectrum and has a hearing handicap requiring hearing aids. I can only imagine the cruel relentless teasing of his peers while growing up and going through the school system. In spite of these challenges, Ryan has always been a very warm, compassionate, loving person who has always been more than willing to help out those around him.

    I can firmly attest that Ryan loves his family. I can recall many incidents when Ryan would routinely drive down from Oregon where he lived to Southern California and spend a couple of months taking care of his elderly grandparents. I always admired how much time and care he provided his grandparents. I can say that he was an inspiration for me to spend more time with my parents and family. Ryan demonstrates what an exemplary, caring and compassionate family member is.

    Ryan was quite gifted with understanding technology. We had a computer growing up that neither my parents nor I knew how to operate very well. However, whenever I had issues with computers, I would always ask Ryan for help over the phone or if he was in town in person. I found him to always be only too happy to help. In fact when I was upgrading the computer systems in one of my dental practices I asked for his opinion on what type of equipment to purchase for the office. As usual Ryan was only too kind to offer his time and expertise in giving me this invaluable information.

    I still enjoy talking with Ryan once or twice a month to this day. He will give me a phone call from jail and I will give him updates on what is happening with the family as well as my own family and the current struggles we are facing. Ryan has told me time and time again that he is trying to use this time to reflect on his journey with Jesus and further spread the word of god. He has come to know God more closely than he has in the past. He has said that it has been a blessing to have been able to minister to so many different people while being incarcerated. I was surprised to have learned of the accusations against Ryan and am disappointed in his actions. However, I do believe these actions are very out of character of the Ryan I've known for the past 35 years. I still believe Ryan to be a caring and compassionate person as is demonstrated in his many phone calls. I am thankful to still be able to have conversations with him and share life at least in that capacity for now.

    I hope you will consider my statement on the path to get him home to his family.

Sincerely,

*[signature]*

E. Lee Tetz, DDS

*Character Letter*

To: The Honorable Greg Kay District Court Judge,

My name is Marcia Drake. I am Ryan's aunt. I have been a lab technician, owned a plant nursery, and am now retired but working in a hardware store. Ryan has always had a special place in my heart. When he was a baby his grandparents and I drove from Oregon to Washington D.C. to see him for the first time. After my brother moved his family to Portland, my son and I were able to spend a lot of special times with Ryan and his siblings as they grew up.

Ryan's love for his extended family wasn't just words. We could always expect a big bear hug from him. One time when Ryan came to visit his grandparents after his grandfather had had a stroke, I watched him greet his grandpa. He wrapped his arms around his weak frail grandpa and gave him a big hug. The smile on dad's face and the tears in his eyes said more about his love for his grandson than the words he could no longer speak. We all miss those big Ryan hugs.

In September 2020 Western Oregon was on fire. My son and I were evacuating our home of 40 years. We loaded our parrots into our SUV and drove 10 miles to my brother's house. Our little farm was level one with a forest fire only 2 miles away. By the time we unloaded the birds and were leaving to get our goats, our farm was a level two. Ryan ran out and asked if we needed help. I told him to jump in. The 3 of us drove back into the smoke directly toward the now 3 forest fires that were threatening our ridge. By the time we got to the farm, our home was a level three, the wind was still blowing hard and the smoke was blocking out the sun. It was the middle of the day but it looked like dusk and our phones were screaming go now. The 3 of us dragged and pushed 2 terrified struggling 100 pound goats with horns across the pasture. Ryan scooped them up and threw them in the back of the SUV. We jumped in and joined the line of trucks and stock trailers as all my neighbors rushed to get their families, pets, and livestock to safety. It took a great deal of courage for Ryan to go with his desperate aunt and cousin to rescue 2 terrified goats. It wasn't like we had invited him to a picnic. Every time I think of that day, I thank God for my nephew Ryan. Without his help I don't know how we would have saved our goats.

I love my nephew and miss him very much.

*Marcia S. Drake*

May 13, 2024

The Honorable Greg Kays
District Court Judge

Your Honor;

Thank you for the opportunity to write to you on behalf of Ryan Montgomery and discuss his positive attributes and how he lives his 3-D life. My name is Kerry Montgomery, and I am Ryan's mother. I have a Master of Science in Marriage and Family Counseling and I currently teach music. I am extremely close to Ryan and know a lot about his day-to-day life and how his early birth injured him. Handicapped individuals are very slow to individuate themselves from those they trust.

Ryan and his twin brother, Kirk, were born 2 ½ months early when we lived in Maryland and Craig was in the Navy. After many medical crises, Kirk died at two weeks and Ryan left the neonatal unit at six weeks. Ryan was a very difficult baby (highly irritable) and there were allergies, illnesses and surgery. We were often at the hospital.

His intensely stressful babyhood led to a turn of events where (at the age of 2 ½) it was determined that Ryan had a hearing impairment the deeply affected language development. The loss is in the high frequency range, so expulsive consonants (s,t,th,f,etc.) are missing. Language becomes a mush. His new hearing aids changed all of our lives. Ryan would respond to us as his own language started to become English. It was determined by the audiologist that Ryan hears 80% of spoken language (with both hearing aids working) and no background noise. Ryan has been quite brilliant to compensate for what is missing in the spoken word. Sometimes he gets it wrong.

His childhood was marked by constant reading (he read 2 x's as fast as I by 4th grade. He loved his teachers and did well in school. He liked his classmates. He had several life-long fiendships which started then. Ryan was loyal, kind and always defended the underdog. His childhood was enriched by close extended family, involved parents, and dear sisters. He went to private schools, and had extra classes in Taekwondo, hockey, horseback riding and piano. He skiied, hiked, camped and traveled to see relatives in Southern California.

Ryan was an ideal teenager. He never rebelled or mistreated us like some do. He didn't carouse or party. He never did drugs, alcohol or cigarettes. He was not salacious (not off – color jokes or bad language.) He never stole and was never violent. He respected girls and women and was never inappropriate. He never harmed anyone in his real 3-Dimensional life. There was no sign of his addiction to pornography to me. When i would accidentally bump into his computer, by dusting or vacuuming, what popped up was gaming or news. Ryan has a nose for a story and loves news and social commentary.

I have been crushed by Ryan's actions and his arrest and incarceration. It's extremely difficult to put it all in the perspective of the young man that I know. In addition, Ryan has been moved 16 different times and has faced cruelty and prejudice. He was assaulted several times and severely injured his eye, facial bones, jaw, and nose. He suffers illnesses and dental pain. He calls us every day when he can. We have not had an in-person visit with him in 3 ½ years.

We are old and Ryan is so very dear to us. We are proud of him and what he has had to overcome all of his life (deafness and some Aspergers). What I have known of him is a heroic man who has been challenged thru out life. The justice system sees him as a criminal, and we understand he has to be responsible for his actions. I ask you to please send him where he can contribute and grow, challenging this addiction that has caused all of this. He can be an asset to the prison programs. He has many talents and men look up to him. One can trust Ryan with one's life.

Thank-you
Kerry Montgomery

Honorable Greg Kay  May 5, 2024
District Court Judge

Dear Judge Kay,

I am a Speech Language Pathologist and family friend of Ryan Montgomery. He is also a distant cousin by marriage into my husband's family. I have known Ryan since he was one or two years old while his family lived in Poway, California. Our family (me, my husband and 3 sons) have stayed in close contact with the Montgomery family, including Ryan, for all these years as our children grew up and bonded with each other. Of all their many cousins, the Montgomery children have been their, and our, most favorite, along with their parents, Kerry and Craig.

We have appreciated how well they have been raised and what thoughtful and well-behaved people they have come to be. Ryan has always been endearing, kind and caring. He has never lied to us or given us any reason to not trust him. He has helped our twin sons when we've vacationed together, even helping them build a treehouse on family property in Canada while they were only 6 years old and needed a lot of help. He always stayed around to visit with us whenever we were at his house, instead of going and doing his own thing, even though our three sons were quite a bit younger than him. Intelligent conversations with Ryan about a multitude of subjects are a fond memory over the years as he has grown up to be an interesting and well-read young man. He is also a man of faith, attends church weekly and helps in leadership positions when needed.

Ryan's parents, Kerry and Craig, are dear friends and family to us. They are kind, thoughtful, educated, and deeply caring people who are our closest family members at this stage of our life. Craig has been a well-respected and effective practitioner in mental health for many years, a leader in his church, and an active outdoor/nature enthusiast. Kerry is a multitalented homemaker, gardener, home stager/decorator, advanced level pianist/instructor, health advocate, and close friend (she was a bridesmaid in my wedding). They are outstanding parents who have done all the best things to grow and maintain a family and children who have grown up to be independent and successful adults as well as being very caring like their parents.

Over the years we have recognized as a family that Ryan had limitations with communication due to a severe hearing loss that he was born with. Asking what was said or for clarification along with the use of closed-caption were helpful to him (as observed whenever we watched movies together, or during conversations). When Ryan went off to college I assisted in a professional manner as a Speech Language Pathologist by consulting on behalf of Ryan with the college to assist him in receiving educational accommodations that would support his learning needs due to his severe hearing loss. One accommodation was that teachers would provide notes from their lectures since Ryan's hearing limited his ability to hear the lectures accurately or fully.

This was helpful to Ryan in increasing his understanding, taking tests and/or writing papers for his classes.

Having grown up with a deaf sister, as well as working with many hard-of-hearing and deaf students in my thirty-year career in education as a public-school Speech Language Pathologist, it has been my observation (as well as from other professional data) that significantly hearing-impaired people are often naïve socially and in their judgmental abilities pertaining to social interactions. They can struggle with who to trust and who not to trust, or how much. I have observed this behavior over the years with Ryan. I have also noticed he has not had a lot of close friends or experience in dating. He appears very shy in this area and confused on how to proceed socially as an adult in developing deeper interpersonal relationships, even though he is a very nice person and can speak intelligently in a conversation. Both of Ryan's sisters, Hillary and Lindsay, have helped to look over their OLDER brother many times over the years to assist him in knowing that a certain behavior may be inappropriate and how to interact in a more socially appropriate manner, which I also considered to be impacted by his severe hearing loss. One of my last times with Ryan he had just lost a lot of weight and didn't know what clothes looked good or not on him. So, he trusted me to watch as he modeled different clothes and was able to get rid of those I told him no longer fit right. It was a fun time and is a sweet memory of his trusting and naïve demeanor he has much of the time even though he was in his late 30's at the time.

We have continued to grow in our relationship with Ryan and his family and have kept in contact with them via telephone and email, as well as in-person for over 40 years. Since Ryan lived at home with his parents for most of those years we were able to hang out with him each time we came to see the family, except during his incarceration. We have always stayed in the Montgomery's home when we visit so we are able to spend a lot of time together for several days at a time. Truthfully, we have no other family or friends on the planet that we would actually want to stay with overnight at their home and we would rather get a hotel room if needed. But the Montgomery's home has been our fondest place to visit and I guess you could call it our "happy place".

 As a son we have noticed Ryan speaks very respectfully to both his mother and father as well as with both of his sisters.  Ryan participates fully in family activities, outings and trips together. Ryan and each of his family members all have a delightful sense of humor and they truly do enjoy being together as well as visiting with their many friends and extended family. We have traveled and toured caves, ghost towns, old west train stations/towns, national parks, beaches, and gone on numerous other trips with Ryan and his family. He often helped our very hyper son, Garrett, stay entertained and behave better while traveling by car. He has spent many hours with me and my family playing all kinds of board/card/dice games together. When Ryan lived in Washington state with his two sisters for a while, he also made sure our other son, Spencer, was well-entertained and had a good time at their home. In the last 40 years being around Ryan and his family, it is remarkable that we have never heard fighting, harsh words or disrespectful speech from Ryan, or anyone in his family! They really do love each other very much and we always enjoy spending as much time as possible with them.

Ryan has been well-liked by his employer over the last several years and is a creative, talented, stable and dependable employee who works hard and enjoys his work. Ryan has often been the one to help any of his family members, including me, if we have any technology questions or challenges. He is very patient and finds it quite easy to show us what we need to do to fix the problem. He has also been responsible, as I've personally witnessed, for helping at home with mowing, yard work and other needed tasks as a family member without complaint and with dependability, even while working a full-time job.

Hearing of Ryan's criminal charges has been shocking to us, but after many years of being with and knowing Ryan as a kind and loving young man and general good person, we continue to love and support him. It is difficult to imagine Ryan doing something like this, which does not sound at all like the Ryan I have come to know all of his life. It is our prayer that Ryan be able to make amends for his poor choices and continue to be a contributing adult to society and be surrounded by his wonderful family.

Sincerely,

*Debra Tetz, M.A.*

Debra Tetz, M.A., SLP-CCC
Speech Language Pathologist
If questions, call - 530-558-5748

Honorable Greg Kay, District Court Judge
c/o Michael R Bartish, SBBL Law PPLC
60 Monroe Center NE
Grand Rapids Michigan
49503

Subject:  Ryan Montgomery Character Letter

Greetings!

My name is Edward Martin.  I live in Ridgefield Washington State and have known Ryan for approximately a decade.  I first met Ryan at my church when he visited periodically with his sister who was regularly attending.  Over time through friendships Ryan became a regular member at Whipple Creek Church.  I oversaw the Audio-Visual department at the church, and I got to initially know him talking about computers and sound systems.  Eventually he was asked by the church board to join the department which was wonderful because he brought experience, but most importantly dependability and trustworthiness to execute the tasks when called upon.  May seem very basic but having volunteers that would extend themselves to arrive early before events to prepare and stay late to shut down equipment correctly is not as common as one may think, and he was a real blessing to me as I could rely on him without hesitation.

Over time I got to know Ryan more as he had a keen interest in my profession as Forester/Log Procurement Manager.  We had lots of discussions about amazingly beautiful or interesting places in WA/OR state that we had both visited or he was excited to learn about from my work travels.  Before the Covid pandemic arrived, it was a great joy to celebrate Ryan's 40th birthday with a party held at his parent's house.  I was able to meet many of his lifelong friends and get to know his parents.  I really like Ryan's happy nature and his infectious love of God.  Ryan is a person who speaks positively of everyone he meets.  Even in a circumstance where I would struggle to find something positive to say Ryan has the ability to say something kind in a winsome manner about everyone.   This is something that I admire in Ryan very much.

These days I keep in weekly contact with Ryan.  I enjoy sharing and discussing pictures from my career travels with him via texts.  We talk every month or two view video link.  I am aware of the offence Ryan has pled guilty to, and I find it out of character for the person I know.  Simply I look forward to the day again when we can talk face to face and enjoy visiting a few PNW places we have on our list together.  He is a great guy and someone I trust in my and my family's life.  Thank you for the opportunity to submit this character reference before you.


Sincerely

Edward Martin

To: Honorable Greg Kay, District Court Judge

My name is Tim Adams, an audiovisual systems integrator, and I have know Ryan Montgomery for nearly 30 years and consider him my best friend. We became friends in high school and have maintained that friendship ever since. I have attended many church services and church-related events in that span of time.

I still consider Ryan my best friend and had hoped for him to be my best man in my wedding in November, 2022 and I feel it's safe to say I know Ryan really, really well.

I consider Ryan to be one of the most honest, genuine, well-meaning and seekers of truth I have ever known. He constantly thinks about and retains his relationships with good friends and family and has, on several occasions, voluntarily spent time caring for his aging grandparents and also prioritizes spending time with his family, both immediate and extended, whenever possible.

Ryan has a solid reputation among his sphere of influence, including friends, family and church. When he works, he is focused and has no issues working long hours to fully understand problems he runs across before implementing workable, logical solutions.

He has overcome significant challenges due to his hearing disability and rather than harbor bitterness, has developed a fun-loving and perhaps slightly naive and innocent view of the world, taking joy in loving the house pets, helping his parents care for their ever-changing landscaping and his sisters in their lives. He is quick to laugh, enjoys satire and ironic humor and has always been a good listener and understanding ear.

I am aware of Ryan pleading guilty to the charge for Conspiracy to Advertise Child Pornography and still hold Ryan in high regard because I know this is quite far outside the realm of reality for the man I have known most of my life. His quality, as a human and as a man, personal ideology and moral compass do not allow for this to be true.

I am also aware of his personal spiritual transformation while incarcerated and can attest to the real heart journey and spiritual awakening Ryan has experienced. A deepening of his relationship with God, a desire to continue that process and walk with his fellow inmates in their spiritual journeys, regardless of facility, all point to the quality of his character.

I do not say this lightly, but Ryan is one of the best people I have ever known. I sincerely hope this letter about Ryan Montgomery's character is not only taken under deep consideration when reaching your judgement.

With Regards,

Timothy Adams

April 28, 2024

To the Honorable Greg Kay,

Subject: Ryan Montgomery Character Letter

My name is Ellen Allsop and I am writing this character letter on behalf of my cousin, Ryan Montgomery, whom I have known since his infancy. Before I describe Ryan's character and my life experiences with him, I will first briefly describe myself. I am 45 years old, a married mother of three young children, and an educator of 23 years. Working hard to provide my children with a safe and positive upbringing both at home and at school has been one of my top priorities. I value time spent with family and have had the pleasure over the years to create many memorable moments with Ryan and his family.

My mother's older sister is Ryan's grandmother and due to the strong bond between sisters and cousins, Ryan and I had the unique opportunity to spend 25 consecutive Christmas and summer vacations together. Ryan, his two sisters, my brother and I, grew up together building tree forts at the family farm in Alberta. In our early years we fought over who got to push Grandpa Tetz in his wheelchair at church, watched/critiqued movies together, went to countless fun places with my aunt, cackled our nights away in the family living room, appreciated the musical talents of our family, and most importantly listened and learned from our elders (Grandpa and Grandma Tetz, Aunty Berta, Uncle Mac, Kerry, Craig, my mom and dad, and many other aunts/uncles and older cousins). We were all fortunate to be nurtured in such a safe and warm family environment.

When asked to describe Ryan's character, the first thing I can say is that Ryan and I have gotten along fabulously well due to Ryan's friendly and easy-going personality. I can always count on Ryan for good book and movie conversations and an in-depth reflection on everything. Ryan is kind, generous, and respectful. I remember that at Christmas we would often Christmas shop together and he would ponder over each choice carefully. It was very important to Ryan that he choose the right gift for family and friends. Ryan appreciates family. Even when we reached adulthood, Ryan would still make the annual family farm trip to Alberta. After my children were born and could visit the farm themselves, part of the excitement was building bonfires and playing games with Cousin Ryan. Ryan proved himself to be a fun and responsible older cousin to my children. Finally, Ryan has a unique and intelligent mind and has held various jobs in technology that not just anyone can do. I clearly believe he has much to offer society with his gifts and abilities.

In regards to the crime of which Ryan has been charged, Conspiracy to Advertise Child Pornography, I find this offense to be out of character for Ryan. I have never witnessed Ryan speak or act remotely inappropriately to anyone in any way. I have spent many vacations with Ryan both as a child and as an adult sleeping in the same room and have always felt completely at ease. Recently, I have been able to talk with Ryan on the phone and I continue to have great conversations with him. He has a remarkably positive attitude, and I can tell that what he craves the most is the love and companionship of his family. I am thankful that Ryan has been a part of my life and will continue to support him in his life's journey.

Sincerely,

*Ellen Allsop*