IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Ryan Neal Montgomery,

        Defendant.

Case No. 20-06007-03-CR-SJ-DGK

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay $98,000 (ninety-eight thousand dollars and no cents) as restitution to the victims in the following amounts:

    a. Aprilblonde Series Victim (April): $5,000

    b. At School Series Victim (Violet): $10,000

    c. Best Necklace Series Victim (Maria): $5,000

    d. Cindy Series Victim (Cindy): $8,000

    e. JB Flowers 1 Series Victim (Jen): $5,000

    f. Jenny Series Victim (Jenny): $5,000

    g. Lighthouse 1 Series Victim (Maureen): $10,000

    h. Misty Series Victim (Amy): $10,000

    i. PinkHeartSisters1 Series Victim (Erika): $5,000

    j. PinkHeartSisters2 Series Victim (Tori): $5,000

    k. Sweet Purple Sugar Series Victim (Ava): $5,000

    l. Sweet White Sugar Series Victim (Pia): $5,000

    m. Tara Series Victim (Sloane): $10,000

    n. Vicky Series Victim (Lily): $10,000

2. The victims' names (or pseudonyms), contact information and total loss are listed in Attachment A to this Restitution Judgment. Attachment A includes information that may tend to identify a child victim(s) and shall be filed under seal pursuant to 18 U.S.C. §3509(d)(2).

3. The Court has determined that the defendant does not have the ability to pay interest; therefore, interest is waived.

4. Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

5. Restitution is due and payable immediately and shall be paid in full within 30 days of sentencing. Notwithstanding any other provision of this order, the Government may enforce restitution at any time.

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25.00 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

7. Each month the defendant shall pay to the Clerk at least $50.00 or 10 percent of gross monthly income, whichever is greater, commencing 30 days from release from incarceration.

8. All payments shall be made to the Clerk of the Court, United States District Court, 400 E. 9th Street, Room 1150, Kansas City, MO 64106.

9. The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Program, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

      /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: July 29, 2024